FILED by __KZ__ D.C.
ELECTRONIC

Jul 21, 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
# 11-80130-CR-HURLEY/VITUNAC

Case No._____

21 USC § 841(a)(1)
21 USC § 841(b)(1)(B)
21 USC § 841(b)(1)(C)
21 USC § 846
21 USC § 848

UNITED STATES OF AMERICA,

Plaintiff,

vs.

NELENS JEAN-PIERRE,
a/k/a "First," a/k/a "Harvey,"
RICARDO RODRIGUEZ,
a/k/a "Rico,"
PETERSON FILS-AIME,
a/k/a "Pete,"
REGINALD FILS-AIME
a/k/a "Ref,"
EMMANUEL JANVIER,
a/k/a "Scar,"
KEVIN BENEL,
a/k/a "KB,"
CANES LOUIS-JUSTE,
a/k/a "Yoda,"
EUCLIDE JEAN-BAPTISTE,
a/k/a "Block," a/k/a "Can-Can,"
MILET ALBERT,
a/k/a "Twin,"
PITERSON AMBLER,
CHRISTIAN ALCEMIUS,
a/k/a, "T-James,"
JAMES BUTEAU,
a/k/a "Slaya,"
MICHAEL BRANDON EUVIN,
a/k/a "Mike,"
LOUBY GABRIEL,
FLOYD LOPEZ,

DAVID ACEVEDO,
a/k/a "V-Nice,"
BRITTNEY KERN,
WILSON JEAN-PHILLIPE,
a/k/a "Wil,"
JEAN SOUFFRANT,
a/k/a "Bug,"
MARVALYN COLLINS,
GRACIA JONES,
a/k/a "Lisa,"
and,
ISLANDE DAUDIN,

              Defendants.

_____/

## INDICTMENT

### THE GRAND JURY CHARGES THAT:

### COUNT 1

From at least as early as on or about August 12, 2010, to on or about July 15, 2011,

in Palm Beach County, in the Southern District of Florida, the defendants,

**NELENS JEAN-PIERRE,**
**a/k/a "First," a/k/a "Harvey,"**
**PETERSON FILS-AIME,**
**a/k/a "Pete,"**
**REGINALD FILS-AIME**
**a/k/a "Ref,"**
**EMMANUEL JANVIER,**
**a/k/a "Scar,"**
**KEVIN BENEL,**
**a/k/a "KB,"**
**EUCLIDE JEAN-BAPTISTE,**
**a/k/a "Block," a/k/a "Can-Can,"**
**MILET ALBERT,**
**a/k/a "Twin,"**
**JAMES BUTEAU,**

-2-

a/k/a "Slaya,"
**WILSON JEAN-PHILLIPE,**
a/k/a "Wil,"
**JEAN SOUFFRANT,**
a/k/a "Bug,"
**MARVALYN COLLINS,**
**GRACIA JONES,**
a/k/a "Lisa,"
and,
**ISLANDE DAUDIN,**

did knowingly and willfully combine, conspire, confederate and agree with each other, and

others both known and unknown to the Grand Jury, to possess with intent to distribute a

controlled substance.

The Grand Jury further charges pursuant to Title 21, United States Code, Section

841(b)(1)(C), that the controlled substance was a mixture and substance containing a

detectable amount of Oxycodone.

## COUNT 2

From at least as early as on or about August 19, 2010, to on or about July 15, 2011,

in Palm Beach County, in the Southern District of Florida, the defendants,

**RICARDO RODRIGUEZ,**
a/k/a "Rico,"
**PETERSON FILS-AIME,**
a/k/a "Pete,"
**REGINALD FILS-AIME**
a/k/a "Ref,"
**NELENS JEAN-PIERRE,**
a/k/a "First," a/k/a "Harvey,"
**EMMANUEL JANVIER,**
a/k/a "Scar,"
**KEVIN BENEL,**
a/k/a "K.B.,"
**CANES LOUIS-JUSTE,**
a/k/a "Yoda,"
**EUCLIDE JEAN-BAPTISTE,**

-3-

a/k/a "Block," a/k/a "Can-Can,"
**MILET ALBERT,**
a/k/a "Twin,"
**PITERSON AMBLER,**
**CHRISTIAN ALCEMIUS,**
a/k/a, "T-James,"
and,
**JAMES BUTEAU,**
a/k/a "Slaya,"

did knowingly and willfully combine, conspire, confederate and agree with each other, and

others both known and unknown to the Grand Jury, to possess with intent to distribute a

controlled substance.

The Grand Jury further charges pursuant to Title 21, United States Code, Section

841(b)(1)(B), that the controlled substance was in fact at least five hundred (500) grams

of a mixture and substance containing a detectable amount of cocaine.

## COUNT 3

From at least as early as on or about March 5, 2011, to on or about July 15, 2011,

in Palm Beach County, in the Southern District of Florida, the defendants,

**RICARDO RODRIGUEZ,**
a/k/a "Rico,"
**PETERSON FILS-AIME,**
a/k/a "Pete,"
**REGINALD FILS-AIME**
a/k/a "Ref,"
**MICHAEL BRANDON EUVIN,**
a/k/a "Mike,"
**LOUBY GABRIEL,**
**FLOYD LOPEZ,**
**DAVID ACEVEDO,**
a/k/a "V-Nice,"
and
**BRITTNEY KERN,**

-4-

did knowingly and willfully combine, conspire, confederate and agree with each other, and others both known and unknown to the Grand Jury, to possess with intent to distribute, or manufacture, a controlled substance.

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(B), that the controlled substance was in fact at least twenty-eight (28) grams of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack" cocaine.

## COUNT 4

On or about August 12, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**NELENS JEAN-PIERRE,**
**a/k/a "First," a/k/a "Harvey,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone.

## COUNT 5

On or about August 13, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

**NELENS JEAN-PIERRE,**
**a/k/a "First," a/k/a "Harvey,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone.

## COUNT 6

On or about August 18, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

### NELENS JEAN-PIERRE,
### a/k/a "First," a/k/a "Harvey,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone.

## COUNT 7

On or about August 19, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

### NELENS JEAN-PIERRE,
### a/k/a "First," a/k/a "Harvey,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section

841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Cocaine Hydrochloride.

## COUNT 8

On or about August 20, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

### NELENS JEAN-PIERRE,
### a/k/a "First," a/k/a "Harvey,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone.

## COUNT 9

On or about August 25, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

### NELENS JEAN-PIERRE,
### a/k/a "First," a/k/a "Harvey,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone.

-7-

## COUNT 10

On or about August 26, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

### NELENS JEAN-PIERRE,
### a/k/a "First," a/k/a "Harvey,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Cocaine Hydrochloride.

## COUNT 11

On or about September 1, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

### NELENS JEAN-PIERRE,
### a/k/a "First," a/k/a "Harvey,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section 841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing a detectable amount of Oxycodone.

## COUNT 12

On or about September 2, 2010, in Palm Beach County, in the Southern District of Florida, the defendant,

-8-

## NELENS JEAN-PIERRE,
## a/k/a "First," a/k/a "Harvey,"

did knowingly and intentionally distribute a controlled substance, in violation of Title 21,

United States Code, Section 841(a)(1).

The Grand Jury further charges pursuant to Title 21, United States Code, Section

841(b)(1)(C), that the controlled substance was in fact a mixture and substance containing

a detectable amount of Cocaine Hydrochloride.

## COUNT 13

From at least as early as on or about August 12, 2010, through on or about July 15,

2011, in Palm Beach County, in the Southern District of Florida, the defendant,

## NELENS JEAN-PIERRE,
## a/k/a "First," a/k/a "Harvey,"

did unlawfully, knowingly, and intentionally engage in a continuing criminal enterprise in

that he unlawfully, knowingly, and intentionally, violated Title 21, United States Code,

Sections 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), 846, which violations include, but are not

limited to, the substantive violations listed in Counts 1,2, 4-12, and which violations were

a continuing series of violations of the Controlled Substances Act, Title 21, United States

Code, Sections 801, et seq., undertaken by the defendant, in concert with at least five (5)

other persons with respect to whom the defendant occupied the position of organizer, a

supervisory position, or any other position of management, and from which such continuing

-9-

series of violations the defendant obtained substantial income and resouces.

In violation of Title 21, United States Code, Section 848(a)

A TRUE BILL:

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

NELENS JEAN-PIERRE, a/k/a "First,"
a/k/a "Harvey," et al,

                        Defendants.
_____/

CASE NO. 11-80130-CR-DTKH/AEV

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

New Defendant(s)          Yes _____  No _____
Number of New Defendants
Total number of counts    _____

**Court Division:** (Select One)

_____ Miami      _____ Key West
_____ FTL   X   WPB      _____ FTP

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)     Yes
     List language and/or dialect     Creole

4.   This case will take     18     days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                                          (Check only one)

     I     0 to 5 days          _____          Petty     _____
     II    6 to 10 days         _____          Minor     _____
     III   11 to 20 days           X             Misdem.   _____
     IV    21 to 60 days        _____          Felony       X
     V     61 days and over     _____

6.   Has this case been previously filed in this District Court? (Yes or No)     No
If yes:
Judge: _____     Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?     (Yes or No)     No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers:     n/a
                                   11-80001-WT
Defendant(s) in federal custody as of     n/a
Defendant(s) in state custody as of     n/a
Rule 20 from the _____     District of _____

Is this a potential death penalty case? (Yes or No)     No

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003?  _____ Yes     X     No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?  _____ Yes     X     No

_____
JOHN C. McMILLAN, JR
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228

\*Penalty Sheet(s) attached

REV.9/11/07

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name: Nelens Jean-Pierre, a/k/a "First", a/k/a "Harvey"

Case No. 11-80130-CR-DTKH/AEV

Count #1:

21 USC §§ 841(a)(1), 841(b)(1)(C) and 846

Conspiracy to Distribute a Controlled Substance containing Oxycodone

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of supervised release

Count # 2:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute of a Controlled Substance containing Cocaine Hydrochloride

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Counts # 4-6, 8-9, & 11:

21 USC §§ 841(a)(1), 841(b)(1)(C)

Distribution of a Controlled Substance containing Oxycodone

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of supervised release

Counts # 7, 10 & 12:

21 USC §§ 841(a)(1), 841(b)(1)(C)

Distribution of a Controlled Substance containing Cocaine Hydrochloride

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of supervised release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: <u>Nelens Jean-Pierre, a/k/a "First", a/k/a "Harvey"</u>

Case No. <u>11-80130 - CR - DTKH/AEV</u>

Count #13:

<u>21 USC § 848</u>

<u>Continuing Criminal Enterprise</u>

*Max. Penalty: <u>20 years to life imprisonment; $2,000,000 fine; and a 0 to 5 year term of supervised release</u>

Count #:

*Max. Penalty:

Count #

*Max. Penalty:

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:  Ricardo Rodriguez, a/k/a "Rico,"

Case No.  11-80130-CR- DTKH/AEV

Count #2:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Hydrochloride

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count # 3:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute of a Controlled Substance containing Cocaine Base

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count:

*Max. Penalty:

Counts:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   Peterson Fils-Aime, a/k/a "Pete,"

Case No.   11 - 80130 - CR - DTKH/AEV

Count: #1:

21 USC §§ 841(a)(1), 841(b)(1)(C) and 846

Conspiracy to Distribute a Controlled Substance containing Oxycodone

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of supervised release

Count #2:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Hydrochloride

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count # 3:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute of a Controlled Substance containing Cocaine Base

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: Reginald Fils-Aime, a/k/a "Ref,"

Case No. 11-80130-CR-DTKH /AEV

Count: #1:

21 USC §§ 841(a)(1), 841(b)(1)(C) and 846

Conspiracy to Distribute a Controlled Substance containing Oxycodone

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of supervised release

Count #2:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Hydrochloride

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count # 3:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute of a Controlled Substance containing Cocaine Base

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   Emmanuel Janvier, a/k/a "Scar,"

Case No.   11-80130CR-DTKH/AEV

Count: #1:

21 USC §§ 841(a)(1), 841(b)(1)(C) and 846

Conspiracy to Distribute a Controlled Substance containing Oxycodone

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of supervised release

Count #2:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Hydrochloride

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count #:



*Max. Penalty:

Count:



*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   Kevin Benel, a/k/a "KB,"

Case No.  11-80130-CR- DTKH/AEV

Count: #1:

21 USC §§ 841(a)(1), 841(b)(1)(C) and 846

Conspiracy to Distribute a Controlled Substance containing Oxycodone

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of supervised release

Count #2:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Hydrochloride

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count #:




*Max. Penalty:

Count:




*Max. Penalty:


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:  Canes Louis-Juste, a/k/a "Yoda,"

Case No.  11-80130-CR- DTKH/AEV

Count: #2:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Hydrochloride

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count:



*Max. Penalty:

Count:



*Max. Penalty:

Count:



*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   Euclide Jean-Baptiste, a/k/a "Block," a/k/a "Can-Can,"

Case No.  11-80130-CR-DTKH/AEV

Count: #1:

21 USC §§ 841(a)(1), 841(b)(1)(C) and 846

Conspiracy to Distribute a Controlled Substance containing Oxycodone

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of supervised release

Count #2:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Hydrochloride

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count #:




*Max. Penalty:

Count:




*Max. Penalty:


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  Milet Albert, a/k/a "Twin,"

Case No.  11-80130-CR-DTKH/AEV

Count: #1:

21 USC §§ 841(a)(1), 841(b)(1)(C) and 846

Conspiracy to Distribute a Controlled Substance containing Oxycodone

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of
supervised release

Count:

*Max. Penalty:

Count #:

*Max. Penalty:

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   Piterson Ambler

Case No. 11-80130-CR-DTKH/AEV

Count: #2:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Hydrochloride

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count:

*Max. Penalty:

Count:

*Max. Penalty:

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   Christian Alcemius, a/k/a "T-James,"

Case No.   11-80130-CR-DTKH

Count: #2:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Hydrochloride

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count:

*Max. Penalty:

Count:

*Max. Penalty:

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   James Buteau, a/k/a "Slaya,"

Case No.   11-80130-CR- DTKH/AEV

Count: #1:

21 USC §§ 841(a)(1), 841(b)(1)(C) and 846

Conspiracy to Distribute a Controlled Substance containing Oxycodone

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of supervised release

Count #2:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Hydrochloride

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count #:

*Max. Penalty:

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: Michael Brandon Euvin, a/k/a "Mike,"

Case No. 11-80130-CR-DTKH /AEV

Count: #3:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Base

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   Louby Gabriel

Case No.   11-80130-CR-DTKH /AEV

Count: #3:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Base

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   Floyd Lopez

Case No.   11-80130-CR-DTKH/AEV

Count: #3:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Base

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count #:




*Max. Penalty:

Count #:




*Max. Penalty:

Count:




*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   David Acevedo, a/k/a "V-Nice,"

Case No.   11-80130-CR-DTKH/AEV

Count: #3:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Base

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   Brittney Kern

Case No.   11-80130-CR-DTKH/AEV

Count: #3:

21 USC §§ 841(a)(1), 841(b)(1)(B) and 846

Conspiracy to Distribute a Controlled Substance containing Cocaine Base

*Max. Penalty: 5-40 years imprisonment; $2,000,000 fine; and a minimum 4 years to life term of supervised release

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   Wilson Jean-Phillipe, a/k/a "Wil,"

Case No.   11-80130 - CR - DTKH /AEV

Count: #1:

21 USC §§ 841(a)(1), 841(b)(1)(C) and 846

Conspiracy to Distribute a Controlled Substance containing Oxycodone

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of supervised release

Count:

*Max. Penalty:

Count #:

*Max. Penalty:

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   Jean Souffrant, a/k/a "Bug,"

Case No.   11-80130-CR-DTKH/AEV

Count: #1:

21 USC §§ 841(a)(1), 841(b)(1)(C) and 846

Conspiracy to Distribute a Controlled Substance containing Oxycodone

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of supervised release

Count:


*Max. Penalty:

Count #:


*Max. Penalty:

Count:


*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:  Marvalyn Collins

Case No.  11 - 80130 - CR - DTKH / AEV

Count: #1:

21 USC §§ 841(a)(1), 841(b)(1)(C) and 846

Conspiracy to Distribute a Controlled Substance containing Oxycodone

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of supervised release

Count:




*Max. Penalty:

Count #:




*Max. Penalty:

Count:




*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name:   Gracia Jones, a/k/a "Lisa,"

Case No.   11 -80130 - CR - DTKH /AEV

Count: #1:

21 USC §§ 841(a)(1), 841(b)(1)(C) and 846

Conspiracy to Distribute a Controlled Substance containing Oxycodone

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of supervised release

Count:

*Max. Penalty:

Count #:

*Max. Penalty:

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

Defendant's Name:   Islande Daudin

Case No.   11-80130-CR-DTKH /AEV

Count: #1:

21 USC §§ 841(a)(1), 841(b)(1)(C) and 846

Conspiracy to Distribute a Controlled Substance containing Oxycodone

*Max. Penalty: 0-20 years imprisonment; $1,000,000 fine; and a minimum 3 years to life term of supervised release

Count:

*Max. Penalty:

Count #:

*Max. Penalty:

Count:

*Max. Penalty:

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96